# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                              **CASE NO. 1:25CR9**

**JESSE JAY PEREZ**
_____/

### DEFENDANT'S NOTICE OF FILING SENTENCING EXHIBITS

**COMES NOW** the DEFENDANT, **JESSE JAY PEREZ**, by and through undersigned counsel and submits the attached letter as a sentencing exhibit for consideration in conjunction with his sentencing hearing scheduled for September 29, 2025.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically uploaded to the CM/ECF system and thereby furnished by notification of electronic filing to Adam Hapner, Assistant United States Attorney on this 22nd day of September 2025.

    Respectfully Submitted,
    JOSEPH F. DEBELDER
    Federal Public Defender

    By: *s/ Darren Johnson*

    Darren J. Johnson
    Assistant Federal Public Defender
    New York Bar No. 4056800
    101 S. E. 2nd Place, Suite 112
    Gainesville, FL 32601
    (352) 373-5823

# LETTER FROM MOTHER

Dear Honorable Judge Allen Winsor

I'm writing this letter to you on behalf of my son Jesse Perez. I am not in the courtroom today beause i live in Calif. or i would be there your honor.

This is Jesse's only case that stems from Calif where he first was arrestted. Jesse became interested in guns a few years ago for personel protection and enjoyed going to the gun Range. They were never used in any crime. Jesse does not have any violent crime History And NO history with drugs. No history of gang relations and does not have tattoos. Jesse really believes in his frist amendment right, but needs to understand that comes with responsibilty. He has lost right to own a gun even when he has never commited a violent crime or any crime or drugs. Believe it or not Jesse is a responsiable person. He graudrated from school, almost became a proskater, but realized the importance of work, to provide for himself and his family. Stayed out of trouble and bought his

first car. Jesse was really doing good in his life, intill this happened. This is Jesse's first time in the system, and learning about the strick rules when it comes to probation and following those rules.

Honorable Judge Winsor please give Jesse the benefit of the doubt that he has learned his responsiabilily regarding probation and will follow all rules and laws thats required from him.

I'm worried for Jesse, he lost his father this year. He handled that well as he was in Jail. Jesse and i are the only family we have left. I'm begging you your honor, please dont send Jesse to prsion it will do more harm then good. He doesnt have family in flordia and want him to come back home to Calif. He wants to come home if the court will allow it. He will be safe and in touch with probation

Thank you
Jesse's Mother
Dolores Perez

